IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTON SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-02804-CRB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME, MOTION TO VACATE HEARINGS** |

The Court is in receipt of Plaintiff Venton Smith's recent motions to extend time to respond to Defendant Citibank's motion to compel arbitration, and to vacate the hearings scheduled for September 29.  See dkts. 49, 53–54.

For good cause shown, Smith's motions are GRANTED.  Smith's response to Citibank's motion to compel arbitration shall be due on **August 18, 2023**.  Citibank's reply shall be due on **August 25, 2023**.  The hearings scheduled for September 29 (on Citibank's motion to compel and Capital One Bank's motion to dismiss) are hereby vacated pursuant to Civil Local Rule 7-1(b).  The Court will determine these motions on the briefs.

**IT IS SO ORDERED.**

Dated: August 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge