Venton Smith
4304 18th Street. Unit 14036
San Francisco, California 94114
Email: vesent2024@gmail.com

**FILED**

**AUG 07 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. District Court
Attn: Clerk of Court
450 Golden Gate Avenue.
San Francisco, California 94102

Re: Venton Smith v. Capital One Bank, et al., Case No: 23-cv-02804-CRB.

Dear Clerk of Court;

Below, I'm enclosing a motion to be filed in the above captioned docket. If you have any questions, please feel free to contact me at the email above.

Respectfully,

Venton Smith.