1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VENTON SMITH,<br><br>               Plaintiff,<br><br>      v.<br><br>CAPITAL ONE BANK, N.A., et al.,<br><br>               Defendants. | **CASE NO.: 3:23-CV-02804-CRB**<br><br>**[PROPOSED] ORDER SUSPENDING DEADLINE FOR DEFENDANT TD BANK USA, N.A. TO RESPOND TO THE COMPLAINT** |

**ORDER**

**IT IS ORDERED THAT** TD Bank USA, N.A.'s August 21, 2023 deadline to respond to the Complaint filed by Plaintiff Venton Smith on June 7, 2023 is hereby suspended pending the parties' settlement and filing of a dismissal with prejudice as to TD Bank USA, N.A.

**IT IS SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　The Honorable Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge