UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTON SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-02804-AMO<br><br>**ORDER RE ADR PHONE CONFERENCE** |

　　　Plaintiff Venton Smith and Defendant Suntrust Bank are hereby ordered to participate in an ADR phone conference, to be completed within the next 30 days. The Court's ADR Unit will advise the parties as to the date and time of the phone conference.

　　　**IT IS SO ORDERED.**

Dated: March 20, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**