MATTHEW J. BLASCHKE (SBN 281938)
*mblaschke@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1212
Facsimile: (415) 318-1300

Attorneys for Defendants
CAPITAL ONE, N.A., and
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VENTON SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK, N.A. et al.,<br><br>    Defendants. | Case No. 3:23-CV-02804-AMO<br><br>Hon. Araceli Martinez-Olguin<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CAPITAL ONE, N.A. AND CAPITAL ONE BANK (USA), N.A.** |

Plaintiff Venton Smith ("Plaintiff"), Pro Se, and Defendants Capital One, N.A. and Capital One Bank (USA), N.A. ("Capital One"), by counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, that Plaintiff's claims against Capital One only are dismissed, with prejudice, and that Capital One is dismissed, with prejudice, as a defendant, with each party to bear its own costs and attorneys' fees.

Dated: April 25, 2024    Respectfully submitted,

By: /s/ Venton Smith
Venton Smith
Pro Se Plaintiff

Dated: April 25, 2024    **KING & SPALDING LLP**

By: /s/ Matthew J. Blaschke
Matthew J. Blaschke

Counsel for Capital One, N.A. and Capital One Bank (USA), N.A.

### L.R. 5-1 ATTESTATION

I, Matthew J. Blaschke, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/ Matthew J. Blaschke
Matthew J. Blaschke



IT IS SO ORDERED
Judge Araceli Martinez-Olguín

Date: 4/25/2024

2